JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BOYER, an individual,<br><br>　　　　Plaintiff,<br>　v.<br>CITY OF AGOURA HILLS; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-00579-RGK (MAAx)<br><br>[PROPOSED] FINAL JUDGMENT ON DEFENDANT CITY OF AGOURA HILLS' MOTION FOR SUMMARY JUDGMENT<br><br>Assigned for All Purposes To Hon. R. Gary Klausner |

On October 1, 2024, the Court entered its Order ("Order") (Doc. 29) granting Defendant City of Agoura Hills' (the "City") Motion for Summary Judgment against Plaintiff Bruce Boyer on his Complaint for Violation of 42 U.S.C. Section 1983, and denying Plaintiff's Motion for Summary Judgment against the City. The Court having granted the City's Motion for Summary Judgment, hereby enters Judgment in favor of the City.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is entered in favor of Defendant City of Agoura Hills and against Plaintiff Bruce Boyer in accordance with the Order;

2. Plaintiff Bruce Boyer is entitled to no relief and shall take nothing by his Complaint filed on January 22, 2024;

3. All of Plaintiff's claims in this action are dismissed with prejudice;

///

4. In accordance with Rules 58 and 79(a) of the Federal Rules of Civil Procedure, Judgment is entered in favor of Defendant City of Agoura Hills and against Plaintiff Bruce Boyer consistent herewith, as of the date the Clerk notates this Judgment in the civil docket; and,

5. As the prevailing party, the City of Agoura Hills shall be entitled to timely seek recovery of applicable costs and attorney's fees pursuant to Rule 54 of the Federal Rules of Civil Procedure and 42 U.S.C. § 1988.

The Clerk shall close this case. This is a final judgment.

Dated: 10/7/2024

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE